People v Holloway
2026 NY Slip Op 02671
April 29, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Tyshaun Holloway, appellant. (S.C.I. No. 75606/23)

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on April 29, 2026
2023-10534
Betsy Barros, J.P.
Valerie Brathwaite Nelson
Barry E. Warhit
Lourdes M. Ventura
Susan Quirk, JJ.

Twyla Carter, New York, NY (Rebecca D. Martin of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Julian Joiris of counsel; Caleb Otero on the memorandum), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Jane C. Tully, J.), imposed October 27, 2023, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255).
BARROS, J.P., BRATHWAITE NELSON, WARHIT, VENTURA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court